**Dismissed and Memorandum Opinion filed August 22, 2024**



In The

# Fourteenth Court of Appeals

---

### NO. 14-24-00318-CV

---

## CORINA BUTLER, Appellant

## V.

## COURTNEY J. LYTLE, INDEPENDENT EXECUTOR OF THE ESTATE OF RONALD D. LYTLE, DECEASED, Appellee

---

**On Appeal from the County Court at Law
Austin County, Texas
Trial Court Cause No. 20PR-10607**

---

### MEMORANDUM OPINION

This appeal is from an appealable final order signed April 2, 2024 in an underlying probate proceeding. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On July 17, 2024, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days,

appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b). No response was filed. On August 6, 2024, appellant was ordered to provide this court with proof of payment for the record within 10 days. *See* Tex. R. App. P. 35.3(c). In the order, we notified appellant that failure to comply with the court's order would result in dismissal of the appeal. *See* Tex. R. App. P. 37.3(b). No response was filed.

Appellant has not provided this court with proof of payment for the record. We dismiss the appeal.

PER CURIAM

Panel consists of Justices Spain, Poissant, and Wilson.